Rochelle L. Wilcox (State Bar No. 197790)
Kathleen D. Poole (State Bar No. 228815)
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111-6533
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
rochellewilcox@dwt.com
kathleenpoole@dwt.com

Attorneys for Defendant
Edge Wireless, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Larrie R. Bennich,<br><br>                    Plaintiff,<br><br>          v.<br><br>Edge Wireless, LLC, a Limited Liability Company, AT&T Wireless Services of California, Inc., a corporation, and DOES 1 through 30, inclusive,<br><br>                    Defendants. | Case No. 2:08-CV-00500-WBS-EFB<br><br>**Stipulation and Order to Continue Initial Scheduling Conference**<br><br>Date:         May 5, 2008<br>Time:        2:00 p.m.<br>Courtroom: 5 |

1. Whereas, this action was removed to the U.S. District Court for the Eastern District of California on March 5, 2008, and assigned to this Court on that same day;

2. Whereas, the parties are engaged in settlement discussions and believe that it is in the best interests of both parties to fully evaluate the possibility of settlement before they are required to expend valuable resources pursuing and defending this litigation;

3. Whereas, the parties desire to postpone the Initial Scheduling Conference for sufficient time to allow the parties to pursue their present settlement discussions.

IT IS HEREBY STIPULATED AND AGREED, subject to approval of this Court, that the Initial Scheduling Conference currently scheduled for May 5, 2008 should be continued until June 2, 2008 at 2:00 p.m., or such other date that the Court deems appropriate, and the parties'

1

obligations under Rule 26, discovery, and all further proceedings in the trial court should be stayed accordingly.

DATED:  April 21, 2008

          Respectfully submitted,

          DAVIS WRIGHT TREMAINE LLP

By:   */s/ Rodney J. Key*
       Rodney J. Key
Attorneys for Plaintiff Larrie R. Bennich

DAVIS WRIGHT TREMAINE LLP

By:   */s/ Kathleen D. Poole*
       Kathleen D. Poole
Attorneys for Defendant Edge Wireless, LLC

## **ORDER**

It is hereby Ordered that the Scheduling Conference is continued to June 16, 2008, at 2:00 p.m.

Dated:  April 22, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Initial Scheduling Conference
SFO 406499v1 0054189-000055