```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA
10                          ----oo0oo----
11 LARRIE R. BENNICH,
                                     NO.  S CIV. 08-00500 WBS EFB
12           Plaintiff,
13      v.                           ORDER OF RECUSAL
   EDGE WIRELESS, L.L.C., a
14 Limited Liability Company,
   AT&T WIRELESS SERVICES OF
15 CALIFORNIA, INC., a
   corporation, and DOES 1
16 through 30, inclusive
17
             Defendants.
18 _____/
19
20                          ----oo0oo----
21           Pursuant to 28 U.S.C. § 455(b)(4), the undersigned
22 hereby recuses himself as the judge to whom this case is assigned
23 because the undersigned has a financial interest in defendant
24 AT&T Wireless Services of California, Inc.
25           IT IS THEREFORE ORDERED that the Clerk of the Court
26 reassign this case to another judge for all further proceedings,
27 making appropriate adjustments in the assignments of civil cases
28 to compensate for such reassignment.
```

1        Any dates previously set in this case are hereby
2   VACATED.   The parties are referred to the Order Setting
3   Status (Pretrial Scheduling) Conference filed on March 5, 2008.
4   DATED:   June 12, 2008

                    _____
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE