Rochelle L. Wilcox (State Bar No. 197790)
Michelle D. Fife (State Bar No. 240554)
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111-6533
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
rochellewilcox@dwt.com
michellefife@dwt.com

Attorneys for Defendant EDGE WIRELESS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRIE R. BENNICH,<br><br>         Plaintiff,<br><br>   v.<br><br>EDGE WIRELESS, LLC, a Limited Liability Company, AT&T WIRELESS SERVICES OF CALIFORNIA, INC., a corporation, and DOES 1 through 30, inclusive,<br><br>         Defendants. | Case No. 2:08-CV-00500-JAM-EFB<br><br>**STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE JOINT MID-LITIGATION STATEMENTS;  ORDER** |

DAVIS WRIGHT TREMAINE LLP

Come now the parties, by and through their respective counsel, and do hereby represent to the Court that the parties have agreed to a settlement of this matter, and are currently drafting the appropriate settlement papers.  The parties therefore stipulate, and respectfully request that the Court Order, that the deadline for filing the parties' Joint Mid-Litigation Statements, currently scheduled for Tuesday, June 16, 2009, be extended by a period of four weeks, to and including Tuesday, July 14, 2009, to permit the parties adequate time to document their settlement and stipulate to a dismissal of this litigation.

DATED:  June 11, 2009            LAW OFFICE OF RODNEY J. KEY

                                 By:/s/ Rodney J. Key (as authorized on 6/11/09)
                                      Rodney J. Key
                                 Attorneys for Plaintiff
                                 LARRIE R. BENNICH


DATED:  June 11, 2009            DAVIS WRIGHT TREMAINE LLP

                                 By:/s/ Rochelle L. Wilcox
                                      Rochelle L. Wilcox
                                 Attorneys for Defendant
                                 EDGE WIRELESS, LLC


## [PROPOSED] ORDER

It is so ordered.

Dated:  June 12, 2009

                                 /s/ John A. Mendez
                                 HONORABLE JOHN A. MENDEZ
                                 United States District Court Judge