Rochelle L. Wilcox (State Bar No. 197790)
Michelle D. Fife (State Bar No. 240554)
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111-6533
Telephone:  (415) 276-6500
Facsimile:   (415) 276-6599
rochellewilcox@dwt.com
michellefife@dwt.com

Attorneys for Defendant EDGE WIRELESS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRIE R. BENNICH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EDGE WIRELESS, LLC, a Limited Liability Company, AT&T WIRELESS SERVICES OF CALIFORNIA, INC., a corporation, and DOES 1 through 30, inclusive,<br><br>　　　　　Defendants. | Case No. 2:08-CV-00500-JAM-EFB<br><br>**SECOND STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE JOINT MID-LITIGATION STATEMENTS; ORDER** |

---

1

SECOND STIPULATION TO EXTEND TIME TO FILE JOINT MID-LITIGATION STATEMENTS;
[PROPOSED] ORDER

CASE NO.:  2:08-CV-00500-WBS-EFB
DWT 13086389v1 0054189-000055

PDF created with pdfFactory trial version www.pdffactory.com

Come now the parties, by and through their respective counsel, and do hereby represent to the Court that the parties have executed a settlement agreement resolving this litigation. Defendant is preparing the required settlement checks, after which the parties will enter into a stipulation to dismiss this matter with prejudice. The parties therefore stipulate, and respectfully request that the Court Order, that the deadline for filing the parties' Joint Mid-Litigation Statements, currently scheduled for Tuesday, July 14, 2009, be extended by a period of two weeks, to and including Tuesday, July 28, 2009, to permit the parties adequate time to finalize their settlement and stipulate to a dismissal of this litigation.

DATED: July 9, 2009          LAW OFFICE OF RODNEY J. KEY

                             By:/s/ Rodney J. Key (as authorized on 7/9/09)
                                 Rodney J. Key
                             Attorneys for Plaintiff
                             LARRIE R. BENNICH

DATED: July 9, 2009          DAVIS WRIGHT TREMAINE LLP

                             By:/s/ Rochelle L. Wilcox
                                 Rochelle L. Wilcox
                             Attorneys for Defendant
                             EDGE WIRELESS, LLC

## **ORDER**

It is so ordered.

Dated this 13th day of July, 2009.

              /s/ John A. Mendez
              HONORABLE JOHN A. MENDEZ
              United States District Court Judge

---

2
SECOND STIPULATION TO EXTEND TIME TO FILE JOINT MID-LITIGATION STATEMENTS; [PROPOSED] ORDER

CASE NO.: 2:08-CV-00500-WBS-EFB
DWT 13086389v1 0054189-000055

PDF created with pdfFactory trial version www.pdffactory.com