Rochelle L. Wilcox (State Bar No. 197790)
Michelle D. Fife (State Bar No. 240554)
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
rochellewilcox@dwt.com
michellefife@dwt.com

Attorneys for Defendant EDGE WIRELESS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRIE R. BENNICH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDGE WIRELESS, LLC, a Limited Liability Company, AT&T WIRELESS SERVICES OF CALIFORNIA, INC., a corporation, and DOES 1 through 30, inclusive,<br><br>　　　　　Defendants. | Case No. 2:08-CV-00500-JAM-EFB<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), each side to bear its own costs and attorneys' fees.

DATED:  July 24, 2009          LAW OFFICE OF RODNEY J. KEY

By: /s/ Rodney J. Key (as authorized on 7/24/09)
Rodney J. Key
Attorneys for Plaintiff
LARRIE R. BENNICH

DATED:  July 24, 2009          DAVIS WRIGHT TREMAINE LLP

By: /s/ Rochelle L. Wilcox
Rochelle L. Wilcox
Attorneys for Defendant
EDGE WIRELESS, LLC

## [PROPOSED] ORDER

It is so ordered.

Dated this 24th day of July, 2009.

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge

DAVIS WRIGHT TREMAINE LLP

PDF created with pdfFactory trial version www.pdffactory.com